# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY HARRIS, #202236, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 21-519-CG-B |
| DANIEL HARRIS, et al., | ) |
| Defendants. | ) |

## ORDER

This cause is before the Court on the Plaintiff's Motion to Dismiss filed on March 9, 2022 (Doc. 8).

Upon due consideration, the motion is **GRANTED**. There having been no answer or motion for summary judgment filed, this action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 14th day of March, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE